

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2019

No. 04-16-00593-CV

Alvin M. **BURNS** and I.M. Burns,
Appellants

v.

**DIMMIT COUNTY**, Texas, Roberto Ramirez, and Edward Dryden, Eusebio Cantu Torres, Eusebio Torres, Jr., Gladiator Energy Services, LLC, Hope Balderas, Juan Morales Balderas, and Lucia Balderas Lopez,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED IN PART. Time is extended until July 15, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court